# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GREG GILLIAM,
ADC #112588                                                                    PLAINTIFF

V.                           5:12CV00051 JMM/JTR

DAVID JOHNSON,
Ashley County Sheriff, et al.                                                  DEFENDANTS

## TRANSFER ORDER

Plaintiff, Greg Gilliam, is a pretrial detainee in the Ashley County Detention Facility. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights by failing to provide him with adequate medical care for a broken hand. *See* docket entry #2.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). The events giving rise to this action occurred at the Ashley County Detention Facility. Similarly, the Defendants in this action reside in Ashley County.

Ashley County is located in the El Dorado Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of

justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, El Dorado Division.

Dated this  6   day of February, 2012.

/s/ James M. Moody
UNITED STATES DISTRICT JUDGE