IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GREG GILLIAM                                                                                                PLAINTIFF

v.                                         Case No. 1:12-cv-01008

DAVID JOHNSON; SUSAN
JANKLEY; and STEVEN GRIEVERS                                                              DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed October 20, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23).  Judge Bryant recommends that Defendant Johnson's Motion to Dismiss (ECF No. 15) be denied.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Defendant Johnson's Motion to Dismiss (ECF No. 15) should be and hereby is DENIED.

      **IT IS SO ORDERED**, this 10th day of November, 2014.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge